**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00669-CV
_____

**EDDIE ROY TAYLOR, Appellant**

**V.**

**JANICE RENEE TAYLOR BRIDGES, Appellee**

---

**On Appeal from the County Court at Law No 3
Montgomery County, Texas
Trial Court Cause No. 13-02-013326 CV**

---

## ORDER

The reporter's record in this case was due **August 27, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Heather Deiss**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM